■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HECTOR BENAVIDES, Appellant.—Appeal by the defendant from a judgment of the County Court, Nassau County (Thorp, J.), rendered January 16, 1991.

Ordered that the appeal is dismissed *(see, People v Seaberg,* 74 NY2d 1). Thompson, J. P., Lawrence, Miller, O'Brien and Ritter, JJ., concur.